RECEIVED
JAN 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALTHIE BOYD | CIVIL ACTION 1:17-CV-01272 |
| VERSUS | JUDGE DRELL |
| ROBERT PIERCE | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Boyd's complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim pursuant to 42 U.S.C. § 1983.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of January, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT